**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**JAMIE ANDERSON,**<br><br>　　　　　　**Defendants.** | **Case No. CR05-5475FDB**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Ronald Friedman.

The defendant appears personally and represented by counsel, Judith Mandel.

The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The defendant neither admits nor denies the allegations but stipulates to detention in federal custody at this time.

**IT IS ORDERED that the defendant:**

( )　Be released on an appearance bond, subject to the terms and conditions set forth thereon.

(X)　Be detained per stipulation of the parties pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　　　　　**August 31, 2005.**

　　　　　　　　　　　　　　　　　　　　　　　　__s/ Karen L. Strombom__
　　　　　　　　　　　　　　　　　　　　　　　　**Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1